UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| FOREO, INC., | | Case No. 2:20-CV-1690 JCM (VCF) |
| | Plaintiff(s), | ORDER |
| v. | | |
| TIK TEK MARKETING S DE RL DE CV, | | |
| | Defendant(s). | |

Presently before the court is Matthew C. DeFrancesco's ("petitioner") verified petition for permission to practice pro hac vice. (ECF No. 7).

On September 14, 2020, petitioner filed a verified petition for permission to practice pro hac vice. (ECF No. 7). The petition has two defects. First, it does not designate a "resident member of the bar of this court as co-counsel." LR IA 11-2(d). The designated Nevada counsel has a Los Angeles, California address. (ECF No. 7 at 4). Second, the petition was notarized in Connecticut yet the petitioner has a New York address. (*Id.* at 4). This court is uncertain if the petition was signed by the petitioner in the presence of the notary.

Petitioner shall file, within ten (10) days of the entry of this order, a verified petition that fully complies with the applicable local rules. Failure to timely comply will result in "the striking of any and all documents previously filed by the attorney." LR IA 11-2(j).

Accordingly,

IT IS SO ORDERED.

DATED September 16, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**