BAKERHOSTETLER
Marco Molina (*Pro Hac Vice Application Forthcoming*)
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: mmolina@bakerlaw.com

HOWARD & HOWARD ATTORNEYS, PLLC
Robert W. Hernquist (NSBN 10616)
Steven E. Kish III (NSBN 15257)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
Email: rwh@h2law.com; sek@h2law.com

*Attorneys for Defendant*
*Tik Tek Marketing S de RL de CV*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FOREO, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIK TEK MARKETING S DE RL DE CV, <br><br> Defendant. | Case No. 2:20-cv-1690-JCM-VCF <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF PROCESS AND RESPONSIVE PLEADING DEADLINE** <br><br> **(FIRST REQUEST)** |

Plaintiff Foreo Inc. ("Foreo") and Defendant Tik Tek Marketing S de RL de CV ("Tik Tek"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. This action was filed on September 11, 2020. (*See* ECF No. 1.)

2. Thus, Foreo was required to serve Tik Tek on or before December 10, 2020. *See* Fed. R. Civ. P. 4(m).

3. Foreo moved to extend the time in which to serve Tik Tek on December 1, 2020, and again on September 1, 2021. (*See* ECF Nos. 15; 17.)

4. The Court granted Foreo's motion and ordered that Foreo serve Tik Tek on or before June 10, 2022.

5. On April 19, 2022, Matthew C. DeFrancesco, counsel for Foreo, and Marco Molina, counsel for Tik Tek, discussed the status of this matter, including service of the summons and complaint on Tik Tek and Tik Tek's need to retain local counsel.

6. To avoid any additional time and expense pertaining to service of process and any potential motion practice pertaining thereto, the parties agreed to forego formal service of process provided that Tik Tek be given additional time to secure local counsel and prepare its responsive pleading in this action.

7. Consistent with counsels' discussion, Tik Tek agrees to waive service of process and objections thereto in this action.

8. Consistent with counsels' discussion, Foreo stipulates and agrees that Tik Tek shall have up to and including June 20, 2022, to file a responsive pleading.

Dated this 2nd day of May 2022

/s/ Rob Philips
**FISHERBROYLES, LLP**

Rob Phillips, NBN 8225
5670 Wilshire Blvd, Suite 1800
Los Angeles, CA 90036
T: 702.518.1239
Rob.Phillips@fisherbroyles.com

Matthew C. DeFrancesco
(*Admitted Pro Hac Vice*)
445 Park Avenue, Ninth Fl.
New York, NY 10022
T: 203.664.1150
Matthew.DeFrancesco@fisherbroyles.com

*Attorneys for Plaintiff*

Dated this 2nd day of May 2022

/s/ Robert Hernquist
**HOWARD & HOWARD ATTORNEYS, PLLC**

Robert W. Hernquist, NBN 10616
Steven E. Kish III, NBN 15257
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169

**BAKERHOSTETLER**

Marco Molina
*(Pro Hac Vice Application Forthcoming)*
45 Rockefeller Plaza
New York, NY 10111

*Attorneys for Defendant*

**ORDER**

The Court has reviewed the stipulation of the parties and finds good cause exists to grant the same. Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Tik Tek has accepted service of process in this action.

**IT IS FURTHER ORDERED** that Tik Tek has waived, and the Court shall not entertain, any objection to such service.

**IT IS FURTHER ORDERED** that Defendants shall have up to and including **June 20, 2022**, to file their responsive pleadings.

Dated: May 3, 2022

_____
United States Magistrate Judge

3

## CERTIFICATE OF SERVICE

I hereby certify I am employed in the County of Clark, State of Nevada, am over the age of 18 years and not a party to this action. My business address is Howard & Howard Attorneys PLLC, 3800 Howard Hughes Parkway, Suite 1000, Las Vegas, Nevada, 89169.

I served the foregoing, **STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF PROCESS AND RESPONSIVE PLEADING DEADLINE**, in this action or proceeding electronically with the Clerk of the Court via the Court's filing system, which will cause this document to be served upon the following counsel of record:

FISHERBROYLES, LLP

Rob Phillips
5670 Wilshire Blvd, Suite 1800
Los Angeles, CA 90036
T: 702.518.1239
Rob.Phillips@fisherbroyles.com

Matthew C. DeFrancesco
445 Park Avenue, Ninth Fl.
New York, NY 10022
T: 203.664.1150
Matthew.DeFrancesco@fisherbroyles.com
*Attorneys for Defendants*

I certify under penalty of perjury the foregoing is true and correct, and this Certificate of Service was executed by me on May 2, 2022, at Las Vegas, Nevada.

By: /s/   Robert Hernquist
     An employee of Howard & Howard Attorneys PLLC

4