HOWARD & HOWARD ATTORNEYS, PLLC
Robert W. Hernquist (NSBN 10616)
Steven E. Kish III (NSBN. 15257)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
Email: rwh@h2law.com; sek@h2law.com

BAKER & HOSTETLER LLP
Gonzalo S. Zeballos (3977063)
*Pro Hac Vice forthcoming
45 Rockefeller Plaza
New York, NY 10111
Telephone:    212.589.4656
Facsimile:    212.589.4201
Email: gzeballos@bakerlaw.com

Marco Molina (4705034)
*Pro Hac Vice forthcoming[1]
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626
Telephone:    714.966.8833
Facsimile:    714.754.6611
Email: mmolina@bakerlaw.com

*Attorneys for Tik Tek Marketing S de RL de CV*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| FOREO, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>TIK TEK MARKETING S DE RL DE CV,<br><br>            Defendant. | Case No. 2:20-cv-1690-JCM-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING RESPONSIVE PLEADING DEADLINE**<br><br>**(SECOND REQUEST)** |

Plaintiff Foreo Inc. ("Foreo") and Defendant Tik Tek Marketing S de RL de CV ("Tik Tek"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. This action was filed on September 11, 2020.  (*See* ECF No. 1.)

---

[1] Pursuant to LR IA 11-2(e), Messrs. Zeballos and Molina certify that they will comply with LR IA 11-2 within 14 days.

1

2. On April 19, 2022, Matthew C. DeFrancesco, counsel for Foreo, and Marco Molina, counsel for Tik Tek, discussed the status of this matter, including service of the summons and complaint on Tik Tek and Tik Tek's need to retain local counsel.

3. On May 2, 2022, counsel stipulated to waive service and extend the deadline by which Tik Tek must file a responsive pleading. On May 3, the Court granted the parties' stipulation and extended Tik Tek's responsive pleading deadline to June 20, 2022.

4. The parties have stipulated and agreed to a brief, one-week extension to the responsive pleading deadline.

5. As the responsive pleading deadline has not yet passed, this stipulation must be supported by good cause. Counsels' caseloads and schedules, together with Tik Tek's counsel falling ill, constitute good cause for the brief extension, particularly because no other dates or deadlines have been established in this matter.

6. The parties stipulate and agree that Tik Tek's responsive pleading would be due on or before June 27, 2022.

7. The parties further stipulate and agree that, in the event Tik Tek files a Motion to Dismiss the Complaint, Foreo shall have until August 3, 2022, to oppose such Motion, if any.

| Dated this 16th day of June 2022 | Dated this 16th day of June 2022 |
|---|---|
| */s/ Matthew C. DeFrancesco* <br> FISHERBROYLES, LLP | */s/ Steven E. Kish III* <br> HOWARD & HOWARD ATTORNEYS, PLLC |
| Rob Phillips <br> 5670 Wilshire Blvd, Suite 1800 <br> Los Angeles, CA 90036 <br> T: 702.518.1239 <br> Rob.Phillips@fisherbroyles.com | Robert W. Hernquist, Esq. <br> Steven E. Kish III, Esq. <br> 3800 Howard Hughes Parkway, Suite 1000 <br> Las Vegas, Nevada 89169 |
| Matthew C. DeFrancesco <br> (*Admitted Pro Hac Vice*) <br> 445 Park Avenue, Ninth Fl. <br> New York, NY 10022 <br> T: 203.664.1150 <br> Matthew.DeFrancesco@fisherbroyles.com | BAKER & HOSTETLER LLP <br><br> Gonzalo S. Zeballos (3977063) <br> *Pro Hac Vice forthcoming <br> 45 Rockefeller Plaza <br> New York, NY 10111 |
| *Attorneys for Plaintiff* | Marco Molina (4705034) <br> *Pro Hac Vice forthcoming <br> 600 Anton Boulevard, Suite 900 <br> Costa Mesa, CA 92626 |

**ORDER**

The Court has reviewed the stipulation of the parties and finds good cause exists to grant the same. Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant shall have up to and including **June 27, 2022**, to file their responsive pleadings.

Dated: June 17, 2022

_____
United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

I hereby certify I am employed in the County of Clark, State of Nevada, am over the age of 18 years and not a party to this action. My business address is Howard & Howard Attorneys PLLC, 3800 Howard Hughes Parkway, Suite 1000, Las Vegas, Nevada, 89169.

I served the foregoing, **STIPULATION AND [PROPOSED] ORDER EXTENDING RESPONSIVE PLEADING DEADLINE (SECOND REQUEST)**, in this action or proceeding electronically with the Clerk of the Court via the Court's filing system, which will cause this document to be served upon the following counsel of record:

FISHERBROYLES, LLP

Rob Phillips
5670 Wilshire Blvd, Suite 1800
Los Angeles, CA 90036
T: 702.518.1239
Rob.Phillips@fisherbroyles.com

Matthew C. DeFrancesco
445 Park Avenue, Ninth Fl.
New York, NY 10022
T: 203.664.1150
Matthew.DeFrancesco@fisherbroyles.com
*Attorneys for Defendants*

I certify under penalty of perjury the foregoing is true and correct, and this Certificate of Service was executed by me on June 16, 2022, at Las Vegas, Nevada.

By:     /s/ Steven E. Kish III
       An employee of Howard & Howard Attorneys PLLC